IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 10-cr-00601-CMA-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.      DAVID L. DARBY,

    Defendant.

---

# ORDER

---

This matter is before the court on the "Position Statement of the Office of the Federal Public Defender Re: Order on Motion for Hearing" [Doc. No. 57]. The United States, **on or before December 19, 2012**, is **ORDERED** to file a response to the position statement and to the Defendant's *pro se* Motion for Hearing [Doc. No. 54], addressing whether the court should reconsider its previous Order [Doc. No. 56] and whether a hearing should be convened concerning the Writ of Execution issued March 28, 2012 [Doc. No. 53].

It is further **ORDERED**

1.      The Clerk's Office shall add to the mailing list the Defendant, appearing *pro se*, with a mailing address: Reg. No. 36898013, Federal Prison Camp, P. O. Box 5000, Florence, Colorado 81226-5000. The Clerk's Office shall further cause a copy of this Order together with

a copy of Documents No. 56 and 57, as well as a copy of the current docket sheet in its entirety to be mailed forthwith to the Defendant.

2. The Office of the Federal Public Defender, Scott Thomas Varholak and Barry Alan Schwartz, shall be terminated from representation in CM/ECF and removed from the mailing list.

Dated this 10th day of December, 2012.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge