IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 10-cr-00601-CMA-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DAVID L. DARBY,

    Defendant.

---

**ORDER**

---

    Based upon the Position Statement filed by the Federal Public Defender [Doc. No. 57], this court will reconsider the Defendant's "Motion for Hearing" [Doc. No. 54] and has required the United States to respond by December 19, 2012.

    Therefore, the Clerk's Office is directed to reinstate the Motion for Hearing [54] as a pending matter.

    Dated this 14th day of December, 2012.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge