IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 10-cr-00601-CMA-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DAVID L. DARBY,

    Defendant.

---

**ORDER**

---

This matter is before the court as a result of the return of mail sent to the defendant by the court. [See Doc. No. 64]. Upon inquiry with the Defendant's supervising Probation Officer, Edwin Colunga, the court has determined the Defendant is presently residing at Independence House South, 2765 S. Federal Blvd., Denver, Colorado 80236.

Therefore, the Clerk's Office is directed to correct the docket to reflect the defendant's current address and further is directed to mail to the Defendant at Independence House a copy of

documents numbered 56, 57, 59, 62, and 63, as well as a copy of the current docket sheet in its entirety.

Dated this 21st day of December, 2012.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge